IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:88-cr-0438-AT-LTW |
| | : | |
| CHARLES GREGORY BISHOP, | : | CIVIL ACTION NO. |
| | : | 1:13-cv-1834-AT-LTW |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation as to Defendant Charles Gregory Bishop's motion seeking relief under 28 U.S.C. § 2255 [Doc. 5]. The Magistrate Judge determined that this Court lacks jurisdiction and therefore recommends that this Court dismiss Defendant's motion.

The Court notes that no objections have been filed in response to the Magistrate Judges's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court receives the Magistrate Judge's Report and

Recommendation with approval and hereby **ADOPTS** the Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **DISMISSES** the motion for lack of jurisdiction.

It is so **ORDERED** this 4th day of March, 2014.

_____
Amy Totenberg
United States District Judge